Tanya Latrice LAWRENCE,
Plaintiff–Appellant,

v.

BERRY, Doctor; et al., Defendants–
Appellees.

No. 12–16118.

United States Court of Appeals,
Ninth Circuit.

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

Submitted Feb. 11, 2013.*

Filed Feb. 19, 2013.

Tanya Latrice Lawrence, pro se.

Before: FERNANDEZ, TASHIMA, and WARDLAW, Circuit Judges.

MEMORANDUM ***

California state prisoner Tanya Latrice Lawrence appeals pro se from the district court's judgment dismissing her 42 U.S.C. § 1983 action alleging deliberate indifference to her serious medical needs as barred by the statute of limitations. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under 28 U.S.C. § 1915A. *Weilburg v. Shapiro,* 488 F.3d 1202, 1205 (9th Cir.2007). We affirm.

The district court properly dismissed Lawrence's action as time-barred because all claims accrued more than four years before Lawrence filed her complaint. *See* Cal.Civ.Proc.Code §§ 335.1, 352.1(a) (two-year statute of limitations for personal injury claims; limitations period may be tolled for an additional two years for prisoners); *Knox v. Davis,* 260 F.3d 1009, 1012–13 (9th Cir.2001) (§ 1983 actions are governed by the forum state's statute of limitations; a claim accrues when the plaintiff knows or has reason to know of the injury which is the basis of the action;

continuing impact from past violations does not cause a claim to accrue anew).

Lawrence's motion requesting a "withdrawal and abeyance," filed on July 27, 2012, is denied as unnecessary.

**AFFIRMED.**

Before: FERNANDEZ, TASHIMA, and WARDLAW, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

